IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT N4873 LOOP ROAD, TOWN OF BASHAW, WASHBURN COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,

        Defendant.

Case No. 08-C-108

ORDER DESIGNATING
A NEWSPAPER FOR PUBLICATION OF NOTICE

WHEREAS, on the 21st day of February 2008, the United States of America filed a complaint for forfeiture <u>in rem</u> against the above-named defendant property for reasons mentioned in said complaint; and

WHEREAS, this Court has reviewed the complaint for forfeiture <u>in rem</u>; and

WHEREAS, it appears that the conditions for a civil action <u>in rem</u> exist; and

WHEREAS, it appears that the *Washburn County Register,* 11 5th Avenue, Shell Lake, Wisconsin, 54871-4441, and the official internet government forfeiture site <u>www.forfeiture.gov</u> are reasonably calculated to give notice of this action to potential claimants and other interested persons;

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the *Washburn County Register,* 11 5th Avenue, Shell Lake, Wisconsin, 54871-4441, and the official internet government forfeiture site www.forfeiture.gov are appropriate for publication of notice of this action, according to law.

SO ORDERED this 28th day of February 2008, in the Western District of Wisconsin.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> United States Magistrate Judge