IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT N4873 LOOP     Case No. 08-C-108
ROAD, TOWN OF BASHAW, WASHBURN
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

        Defendant.

---

CERTIFICATE OF REASONABLE CAUSE

---

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant real property located at N4873 Loop Road, Town of Bashaw, Washburn County, Wisconsin, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

Executed this _9th_ day of February 2009

                                                    _Barbara B. Crabb_
                                                    BARBARA B. CRABB
                                                    Chief United States District Court Judge